

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: April 28, 2021

April 27, 2021

Honorable Victor Marrero
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:   *United States v. Gumbs, et. el. (Noel Velez)*
          Case No.: 15 Cr. 648 (VM)***

Dear Judge Marrero,

    I was assigned to represent Noel Velez in the above referenced case, which is presently scheduled for a status conference on Friday, April 30. The parties are working on a resolution and request at least a two-week adjournment, at which time we are hopeful that we will be ready to resolve this case. Should the court grant this request, the undersigned respectfully asks it refrain from calendaring the case on April 27 or 28, as the undersigned will be unavailable due to a previously scheduled matter.

    I have conferred with the Government and they have no objection to this request.

    Thank you for your consideration.

                Respectfully submitted,

                s/Louis V. Fasulo
                Louis V. Fasulo
                Fasulo Braverman & Di Maggio, LLP
                225 Broadway, Suite 715
                New York, New York 10007
                Tel.

Cc:    Camille Fletcher, AUSA

**225 Broadway, Suite 715**    **505 Eighth Avenue, Sui**
**New York, New York 10007**    **New York, New York 1**
Tel (212) 566-6213    Tel (212) 967-0352
Fax (212) 566-8165    Fax (201) 596-2724



Request **GRANTED.**
The status conference is hereby adjourned to May 21, 2021 at 9 a.m.

**SO ORDERED.**

April 28, 2021
DATE                VICTOR MARRERO, U.S.D.J.