```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,

-v-

NOEL VELEZ,
                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: May 12, 2021

15 CR 648 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge:**

The status conference scheduled for May 21, 2021 at 9 a.m. is hereby adjourned to May 21, 2021 at 4:00 p.m. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated:    New York, New York
          12 May 2021

_____
Victor Marrero
U.S.D.J.