

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: May 20, 2021
```

May 20, 2021

Hon. Victor Marrero
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Noel Velez (VOSR)
      Case No.: 15 Cr. 648

Dear Judge Marrero,

I represent Noel Velez in the above reference matter, which is scheduled for a status conference on a violation of supervised release tomorrow, May 21. This matter stems from a state case that is currently pending. In order to provide time for the state case to be disposed of, the parties request a 30-day adjournment.

The Government has no objection to this request.

Thank you for your attention in this matter. Should you require any additional information, please do not hesitate to contact me.

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

Cc: AUSA

> **Request GRANTED.**
> The VOSR conference scheduled for May 21, 2021 at 4 p.m. is hereby adjourned to June 25, 2021 at 11 a.m.
>
> **SO ORDERED.**
>
> May 20, 2021
> DATE                           VICTOR MARRERO, U.S.D.J.

**225 Broadway, Suite 715**  
**New York, New York 10007**  
**Tel (212) 566-6213**  
**Fax (212) 566-8165**

**505 Eighth Avenue, Suite 300**  
**New York, New York 10018**  
**Tel (212) 967-0352**  
**Fax (201) 596-2724**

**1086 Teaneck Rd, Ste 3A**  
**Teaneck, New Jersey 07666**  
**Tel (201) 569-1595**  
**Fax (201) 596-2724**