USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,         :     **15 CR 648 (VM)**
                                  :
        -against-                 :
                                  :     <u>ORDER</u>
NOEL VELEZ,                       :
                                  :
              Defendant.          :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

At the request of the Government, with the consent of Defendant, <u>see</u> Dkt. 76, the status conference in the above-referenced matter scheduled for October 21, 2021 is hereby adjourned until November 16, 2021 at 12:00 p.m.

**SO ORDERED:**

Dated:   New York, New York
         19 October 2021

```
                                          _____
                                              Victor Marrero
                                                U.S.D.J.
```