

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2022

January 20, 2022

**BY ECF**

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Noel Velez*, 15 Cr. 648 (VM)

Dear Judge Marrero,

  The Government writes to request an adjournment of the hearing scheduled for January 21, 2022 at 9:00 a.m. in the above referenced supervised release matter. The parties have reached a resolution of this matter. Accordingly, the Government requests that the hearing be adjourned and that a change-of-plea and sentencing hearing be scheduled for February 4, 2022. The parties are available between 10:00 a.m. and 2:00 p.m. on that day. Defense counsel consents to this adjournment.

           Respectfully submitted,

           DAMIAN WILLIAMS
           United States Attorney

        by: *[signature]*
           Madison Reddick Smyser
           Assistant United States Attorney
           Southern District of New York
           (212) 637-2381

cc: Louis Fasulo, Esq. (via Email and ECF)



Request **GRANTED**.
The hearing is adjourned. The Court will hold a change-of-plea and sentencing hearing via teleconference on Friday, February 4, 2022 at 12:00 p.m.

**SO ORDERED.**

1/21/2022
_____
DATE      VICTOR MARRERO, U.S.D.J.